**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

LEON C. TAYLOR,

Petitioner, : Case No. 2:26-cv-1523

- vs -

Chief Judge Sarah D. Morrison
Magistrate Judge Michael R. Merz

2019 OHIO PAROLE BOARD OF REHABILITATION & CORRECTION DEPARTMENT,

:

Respondent.

# RECUSAL ORDER

This case was brought *pro se* by Leon C. Taylor to recover "maximum financial recompense" from members of the Ohio Parole Board in 2019 for violations of his rights as a prisoner. Although he mentions 28 U.S.C. § 2241 in his Petition, money damages are not recoverable in a habeas corpus action under that statute.

As a recalled Magistrate Judge, I am randomly assigned true habeas corpus cases upon filing by the Clerk. Despite Petitioner's label, this is not properly considered a habeas corpus case. Rather than recommend its dismissal, I recuse myself so that it can be reassigned to a regular sitting Magistrate Judge and considered in the ordinary course by a *pro se* law clerk.

October 22, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge